UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gregory Alexander Welch,                          Civil 08-4755 ADM/FLN
Denitrius Sanders, and
Dennis Cobb,

        Plaintiffs,

        v.                                                    O R D E R

MCF-Oak Park Administration, et al.,

        Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated August 26, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff Gregory Alexander Welch's application for leave to proceed *in forma pauperis* [#3] is DENIED;

2. Plaintiff Dennis Cobb's application for leave to proceed *in forma pauperis* [#7] is DENIED; and

3. This action is DISMISSED WITHOUT PREJUDICE.

DATED:   October 3, 2008.          s/Ann D. Montgomery
at Minneapolis, Minnesota        JUDGE ANN D. MONTGOMERY
                        United States District Court